■ Yvette Huff, Respondent, v Anita L. Rodriguez, Formerly Known as Anita L. Rosario, et al., Appellants. (Appeal No. 6.) [846 NYS2d 62]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered February 15, 2007 in a personal injury action. The order settled the record on appeal.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Green and Pine, JJ.